# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,     :   No. 65 MAL 2023

       Respondent                  :

                                 :   Petition for Allowance of Appeal
                                 :   from the Order of the Superior Court

          v.                            :

                                 :

EVAN CASTELLANOS,                  :

                                 :

          Petitioner                   :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 11th day of July, 2023, the Petition for Allowance of Appeal is **DENIED**.